IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-000365-H

| | |
|---|---|
| SHARRON MARIE GLOVER-ARMSTEAD, JR., | )<br>)<br>) |
| Plaintiff, | )<br>)  **ORDER**<br>) |
| v. | ) |
| NORTH CAROLINA DEPARTMENT OF MOTOR VEHICLE, | )<br>)<br>) |
| Defendants. | )<br>) |

This matter is before the court for frivolity review pursuant to 28 U.S.C. § 1915(e)(2). Magistrate Judge James E. Gates filed an Order and Memorandum and Recommendation ("M&R") on March 22, 2013, ordering that plaintiff's motion to proceed in forma pauperis be granted and recommending that the underlying complaint be dismissed for failure to state a claim upon which relief may be granted. No objections have been filed, and the time for doing so has expired. Therefore, this matter is ripe for adjudication.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved.

Accordingly, the court adopts the recommendation of the magistrate judge as its own; and for the reasons stated therein, the

Plaintiff's complaint is dismissed as frivolous for failure to state a claim upon which relief may be granted. The clerk is directed to close the case.

This 30TH day of April 2013.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26